IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BALDEMAR RODRIGUEZ BALDWIN,<br><br>Defendant. | 8:22CR204<br><br>ORDER |

The defendant has filed a Motion to Suppress and Request for Hearing (Filing No. 17). Accordingly,

    IT IS ORDERED:

1. On or before January 3, 2023, the government shall file its brief in opposition to the defendant's motion. See NECrimR 12.3(c).

2. On or before January 9, 2023, the parties shall meet and confer to resolve any issues not requiring an evidentiary hearing, agree upon any factual stipulations to be presented to the court, and discuss proposed exhibits and witnesses.

3. On or before January 16, 2023, the parties shall deliver to the undersigned's chambers via email to bazis@ned.uscourts.gov or hand delivery their proposed witness list(s), exhibit list(s), and copies of all exhibits.

4. A telephone status conference to discuss prehearing matters and the scheduling of an evidentiary hearing will be held before the undersigned magistrate judge on January 23, 2023, at 3:00 p.m. Conferencing instructions will be provided under a separate order.

    Dated this 21st day of December, 2022.

                                                     BY THE COURT:

                                                   s/ Susan M. Bazis
                                                   United States Magistrate Judge